USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2019

**LAW OFFICES OF NOLAN KLEIN, P.A.**   ATTOR

5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
PH: (954) 745-0588

Hector V. Ramirez, Esq.
ramirez@nklegal.com

November 27, 2019

**VIA ECF and EMAIL:** Torres_NYSDChambers@nysd.uscourts.gov
Honorable Judge Analisa Torres
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    **Bowen v. Knolls Company, et al.**
               SDNY Case No.: 19-cv-08759

Dear Judge Torres,

    This office represents the Plaintiff, Daniel Bowen, in the above-captioned case. An initial pre-trial conference is scheduled for December 4, 2019 at 1:40 p.m.

    An Order was entered on November 13, 2019, adjourning the conference to December 4, 2019. An attorney has reached out on behalf of Defendant, Fresh King Market Inc. and will be filing a notice of appearance shortly. Efforts are still being made to serve Defendant, Knolls Company. As such, Plaintiff respectfully requests that this Court adjourn the conference to an alternate date and time to allow Defendants to make an appearance. This is the second request for an adjournment of this conference, and the request will not prejudice any parties or affect any other scheduled dates.

    We thank the Court for your time and consideration in this matter.

               Respectfully Submitted,

               **Law Offices of Nolan Klein, P.A.**

               By:    */s/ Hector V. Ramirez*
                    HECTOR V. RAMIREZ, ESQ.
                    (HR3270)

HVR/amd

    GRANTED. The initial pretrial conference scheduled for December 4, 2019 is ADJOURNED to **December 18, 2019, at 3:20 p.m.** By **December 11, 2019,** the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: November 27, 2019
       New York, New York

                            ANALISA TORRES
                        United States District Judge