**LAW OFFICES OF NOLAN KLEIN, P.A.**

5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
PH: (954) 745-0588

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2020

January 21, 2020

**VIA ECF and EMAIL:** Torres_NYSDChambers@nysd.uscourts.gov
Honorable Judge Analisa Torres
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **Bowen v. Knolls Company, et al.**
              SDNY Case No.: 19-cv-08759

Dear Judge Torres,

This office represents the Plaintiff, Daniel Bowen, in the above-captioned case. An initial pre-trial conference is scheduled for January 23, 2020 at 11:40 a.m., adjourned from January 16, 2020.

At this time, no defendants have appeared in the action. A certificate of default has been entered against Defendant, Fresh King Market, Inc. To date, Plaintiff has been unable to secure service upon Defendant, Knolls Company, but efforts are still underway. As such, Plaintiff respectfully requests that this Court adjourn the conference for sixty days, extend the time to serve Defendant, Knolls Company by an additional 60 days. The pre-trial conference has been adjourned several times due to lack of a defendant.

We thank the Court for your time and consideration in this matter.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By: __/s/ Hector V. Ramirez__
HECTOR V. RAMIREZ, ESQ.
(HR3270)

GRANTED. The time to serve Defendant Knolls Company is extended to **March 23, 2020**.

The initial pretrial conference scheduled for January 23, 2020 is ADJOURNED to **April 6, 2020**, at **11:40 a.m.** By **March 30, 2020**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 21, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge