UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL BOWEN,

                Plaintiff,

-against-

KNOLLS COMPANY, a New York partnership, and
FRESH KING MARKETINC., a New York
corporation,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2020

19 Civ. 8759 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On January 21, 2020, the Court directed the parties to submit a joint letter and proposed case management plan by March 30, 2020. ECF No. 23. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties file a joint letter and proposed case management plan by **April 1, 2020**.

The initial pretrial conference will be held telephonically. The parties are directed to call: 888-398-2342 or 215-861-0674, access code: 5598827, on **April 6, 2020**, at **11:40 a.m.**

SO ORDERED.

Dated: March 31, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge